UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC MARK WATKINS,

          Plaintiff,

    v.

DR. T. KENWORTHY,

          Defendant.

Case No.  14-1388-VC (PR)

**ORDER OF TRANSFER**

Eric Mark Watkins, a state prisoner currently incarcerated at Salinas Valley State Prison ("SVSP"), has filed a civil rights action under 42 U.S.C. § 1983 complaining of his treatment by Defendant, an employee at Corcoran State Prison ("CSP"), where Watkins was previously incarcerated.

The acts complained of in this complaint occurred at CSP, which is located in Kings County in the Eastern District of California.  Venue, therefore, properly lies in the Eastern District and not in this one.  *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court shall transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: May 1, 2014

_____

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California